LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile     (415) 981-1270

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST L. DAVIS, | Case No. C 06 1437 MHP |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | **HON. MARILYN HALL PATEL** |
| ELI LILLY AND COMPANY, | |
| Defendant | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: June 2, 2006                **LEVIN SIMES KAISER & GORNICK LLP**

_____
Dennis J. Canty
Attorneys for Plaintiff

June 5, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

VOLUNTARY DISMISSAL                                                                 PAGE 1